107 F.3d 7
 155 L.R.R.M. (BNA) 2064
 Catherine L. Fisher, William A. Miller, Ronald E. Henry,
Patricia L. Quick, Ronald W. Muck, Nancy Janick, Roger D.
Shaffor, Elmer R. Emehizer, Sr., Kenneth Turcheck, Samuel K.
Williams, Patsy J. Palmer, James R. Plummer, David M. Stipcak
v.
Blairsville Machine Products Company, Specialty Bar Products
Company, Derek Saxby, t/d/b/a Blairsville Machine Products
Company, t/d/b/a Speciality Bar Products Company, Ira M.
Kirkell, t/d/b/a Blairsville Machine
 NO. 96-3193
United States Court of Appeals,
Third Circuit.
 Jan 15, 1997
 Appeal From: W.D.Pa. , No. 95-cv-00912
 
 1
 Affirmed.